# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00071-CV

## In re Miguel A. Gonzalez

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Filed:   April 4, 2013